1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                         FOR THE DISTRICT OF ARIZONA

8

9    Joel Arthur Schluter,                )    No. CV 23-36-TUC-JAS (LCK)
                                          )
10               Plaintiff,               )    **ORDER**
                                          )
11   vs.                                  )
                                          )
12                                        )
     Martin O. Malley,                    )
13                                        )
                 Defendant.               )
14                                        )
                                          )
15

16      Pending before the Court is a Report and Recommendation issued by United States

17   Magistrate Judge Kimmins.  A review of the record reflects that the parties have not filed any

18   objections to the Report and Recommendation and the time to file objections has expired.

19   As such, the Court will not consider any objections or new evidence.

20      The Court has reviewed the record and concludes that Magistrate Judge Kimmins'

21   recommendations are not clearly erroneous.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72;

22   *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14

23   F. Supp. 2d 1203, 1204 (D. Or. 1998).

24      Accordingly, IT IS HEREBY ORDERED as follows:

25   (1) Magistrate Judge Kimmins' Report and Recommendation (Doc. 25) is accepted and

26   adopted.

27   (2) This case is remanded for an award of benefits.

28   *

1    (3) The Clerk of the Court shall enter judgment and close the file in this case.

2

3

4    Dated this 13th day of March, 2024.

5

6

7

8    _____

9            Honorable James A. Soto
             United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -